# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:15-cv-00045-MR-DLH

| | |
|---|---|
| TOMMY HENRY and ASHLEY HENRY, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>NCO FINANCIAL SYSTEMS, INC., )<br>)<br>Defendant. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte*.

On May 27, 2015, the Court entered a Pretrial Order and Case Management Plan, ordering the parties to select and agree upon a mediator and to file with the Court a report identifying their selected mediator by June 17, 2015. [Doc. 12 at 1, 6-7]. To date, no such report has been filed.

Accordingly, **IT IS, THEREFORE, ORDERED** that the parties shall file a report identifying their selected mediator within fourteen (14) days of the entry of this Order.

**IT IS SO ORDERED.**

Signed: June 22, 2015

Martin Reidinger
United States District Judge