# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:15-cv-45

| | |
|---|---|
| TOMMY HENRY and ASHLEY HENRY, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| NCO FINANCIAL SYSTEMS, INC., ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on Thomas J. Doughton's Application for Admission to Practice *Pro Hac Vice* of James Kevin Schultz. It appearing that James Kevin Schultz is a member in good standing with the Illinois State Bar and will be appearing with Thomas J. Doughton, a member in good standing with the Bar of this court, that all admission fees have been paid, and the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

IT IS, THEREFORE, ORDERED that Thomas J. Doughton's Application for Admission to Practice Pro Hac Vice (#15-1) of James Kevin Schultz is

**GRANTED**, and that James Kevin Schultz is ADMITTED to practice, *pro hac vice*, before the Bar of this court while associated with Thomas J. Doughton.

Signed: August 11, 2015

Dennis L. Howell
United States Magistrate Judge