# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:15cv45

| | |
|---|---|
| TOMMY HENRY AND ASHLEY HENRY, ) ) ) ) **Plaintiff,** ) ) v. ) ) NCO FINANCIAL SYSTEMS, INC., ) ) **Defendant.** ) _____ ) | **ORDER** |

Pending before the Court is the Joint Motion for Entry of a Confidentially and Nondisclosure Agreement [# 19]. The parties jointly move for the entry of a confidentially agreement and protective order negotiated by the parties that provides for the disclosure of confidential documents. Upon a review of the consent protective order and the record, the Court **GRANTS** the motion [# 19]. The Court **INCORPORATES** the terms of the Confidentiality Agreement and Protective Order [# 19-1] into the body of this Order.

Signed: October 18, 2015

Dennis L. Howell
United States Magistrate Judge